```
                                              FILED
                                           07 MAR -5 AM 8: 13
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 1996 KENWORTH W900 TRACTOR, CA LICENSE NUMBER 3QAE356, VIN NO. 1XKWDR9X9TR724180, ITS TOOLS AND APPURTENANCES, ONE 1998;<br><br>UTILITY TRAILER MANUFACTURING COMPANY, CA LICENSE NUMBER 67180N, VIN NO. 1UYVS2539WU267302, ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil Case No. 06cv1329-J<br><br>ORDER FOR JUDGMENT OF FORFEITURE |

Having reviewed the Joint Motion for Judgment of Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Motion for Judgment is GRANTED;

1. The Defendants shall be returned to Claimant through his attorney of record, Richard M. Barnett, upon payment to the United States Marshals Service ("USMS") of $5,000.00 *plus the total costs of storage* on said defendants up until the day the Defendants are retrieved from the USMS. As of February 13, 2007, such costs totaled approximately $3,705.20, with per diem costs incurring thereafter.

2. Claimant shall make the payments and retrieve the defendants *no later than* March 28, 2007, or the defendants will be forfeited in their entirety to the United States upon ex parte application to the Court for an order *with no notice required*.

3. Judgment shall be entered on Plaintiff's complaint in favor of Plaintiff pursuant to Title 21, United States Code, Section 881 against the $5,000.00 plus storage costs if timely paid, or against the defendants if timely payment is not received.

4. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

5. The claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendant.

6. Following payment of $5,000.00 plus all storage costs to the United States, and the return of the defendants to Claimant as described above, or the entry of an order forfeiting the defendants for failure to timely pay the United States as described in paragraph 2 above, this case shall be closed.

DATED: 3-2-07

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge McCurine